1

2

3

4

5

6

7

8               **UNITED STATES DISTRICT COURT**

9               **EASTERN DISTRICT OF CALIFORNIA**

10

11   PEDRO LOMELI ARAUJO,                    )   Case No.: 1:21-cv-00742 JLT BAM
                                             )
12                    Plaintiff,             )   ORDER REMANDING THE MATTER
                                             )   PURSUANT TO SENTENCE FOUR OF 42 U.S.C.
13          v.                               )   § 405(g)
                                             )
14   KILOLO KIJAKAZI[1]                      )   ORDER DIRECTING ENTRY OF JUDGMENT
     Acting Commissioner of Social Security, )   IN FAVOR OF PLAINTIFF PEDRO LOMELI
15                                           )   ARAUJO AND AGAINST DEFENDANT
                      Defendant.             )   KILOLO KIJAKAZI, ACTING COMMISSIONER
16                                           )   OF SOCIAL SECURITY
                                             )
17   _____)

18          Pedro Lomeli Araujo and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated

19   to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. §

20   405(g) on May 24, 2022.  (Doc. 16.)  Pursuant to the terms of the stipulation, the matter shall be

21   remanded for an ALJ issue a new decision.  (*Id.* at 1.)  In addition, the parties "request that the Clerk

22   of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant."  (*Id.*)

23   Based upon the terms of the stipulation, the Court **ORDERS**:

24          1.       The matter is **REMANDED** for further administrative proceedings under sentence four

25                   of 42 U.S.C. § 405(g).

26          ///

27   _____

28          [1] The action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security.
     (*See* Doc. 1 at 1.)  The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of
     Social Security, as the defendant.  *See* Fed. R. Civ. P. 25(d).

                                             1

2.      The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Pedro Lomeli Araujo and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **May 25, 2022**

_____
UNITED STATES DISTRICT JUDGE