# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO LOMELI ARAUJO,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI[1],<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:21-cv-0742 JLT BAM<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)<br><br>(Doc. 21) |

On August 25, 2022, Pedro Lomeli Araujo and Kilolo Kijakazi, the Acting Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $674.37 pursuant to the Equal Access to Justice Act.  (Doc. 21.)  Accordingly, the Court **ORDERS:**

1. Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** attorney's fees and expenses in the amount of $674.37 under 28 U.S.C. § 2412(d).

2. Plaintiff's motion for fees (Doc. 20) is terminated as moot.

IT IS SO ORDERED.

Dated:  **August 29, 2022**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE

---

[1] This action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).